IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| GEORGE PENNINGTON, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-44 (MTT) |
| | * |
| BOARD OF TRUSTEES OF THE GEORGIA MILITARY COLLEGE, | * |
| Defendant. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated March 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 25th day of March, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk